**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

In re

JACKSON HOSPITAL & CLINIC, INC., *et al.*,

Debtors.[1]

Case No. 25-30256-CLH

Chapter 11

Jointly Administered

JACKSON HOSPITAL & CLINIC, INC.,

Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF ALABAMA,

Defendant.

Adv. Proc. No. 25-03025-CLH

### ORDER RESETTING STATUS HEARING

It is hereby ORDERED that the status hearing scheduled for Tuesday, June 16, 2026, is RESET for **Tuesday, June 30, 2026, at 2:00 P.M. (central)**.  The hearing will take place at the United States Bankruptcy Court, Montgomery, Alabama, **Courtroom 4F**.

The Court will allow virtual attendance through the following Webex link:

https://us-courts.webex.com/us-courts/j.php?MTID=m8aeb0ea882cdf7cad412eea85ccd166a.

All attendees must connect to the Webex at least fifteen minutes prior to the commencement of the hearing.  Any virtual attendee desiring to make an appearance on the record must keep their camera on and remain unmuted until their appearance is noted by the Court.

Done this 16th day of June, 2026.

Christopher L. Hawkins
United States Bankruptcy Judge

---

[1] An Order entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following cases: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC, with Jackson Hospital & Clinic, Inc. 25-30256 as the lead case.  (Case No. 25-30256, Doc. 49).

c: Chase Potter, Attorney for Plaintiff
Anna Richardson, Attorney for Plaintiff
Joshua J. Iacuone, Attorney for Plaintiff
Joshua Shepherd, Attorney for Plaintiff
Stuart Memory, Attorney for Plaintiff
Carl Burkhalter, Attorney for Defendant
Jayna Partain Lamar, Attorney for Defendant
Ryan D. Thompson, Attorney for Defendant